1074

No. 86–1122. SMITH, ADMINISTRATRIX OF THE ESTATE OF SMITH, ET AL. *v.* CITY OF PHILADELPHIA ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.

No. 84–6504. MACK *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 84–6536. WHITE *v.* ALABAMA. Ct. Crim. App. Ala. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 84–6633. WILLIAMS *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 84–6732. ORJI *v.* UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–1663. TOLLIVER *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–1961. LESLIE *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 85–5190. NURSE ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.